1016

**CITY OF FORT WORTH et al. v. SOUTH-WESTERN BELL TELEPHONE CO.**

**SAME v. WESTERN UNION TELEGRAPH CO.**

Nos. 7797, 7798.

Circuit Court of Appeals, Fifth Circuit.

Feb. 22, 1936.

For original opinions, see 80 F.(2d) 972, 977.

Before SIBLEY and HUTCHESON, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

The petition for a rehearing in each of the above numbered and entitled causes is denied.

Since we have found the agreed statement of facts not explicit enough to reach questions touching the form of the attacked assessments, and since appellees request opportunity to supplement the agreed facts with evidence and to amend' its bill, in order that these matters may be considered by the District Court we modify our judgment by striking from it the direction to deny relief, and instead we remand the causes for further proceedings not inconsistent with the opinion of this court.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Ira ABRAHAM, Respondent.**

No. 8148.

Circuit Court of Appeals, Ninth Circuit.

March 19, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

William F. Peters, for respondent.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by counsel for respondent, ordered, petition to review dismissed; mandate forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. Jack M. STRAUSS et al.**

**Jack M. STRAUSS et al. v. COMMISSIONER OF INTERNAL REVENUE.**

Nos. 5314, 5315.

Circuit Court of Appeals, Seventh Circuit.

Feb. 10, 1936.

For original opinion, see 77 F.(2d) 401.

Frank J. Wideman, of Washington, D. C., for Commissioner of Internal Revenue.

Albert L. Hopkins, of Washington, D. C., for Jack M. Strauss and others.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

It is now here ordered and adjudged by this court that the petition for a rehearing in this cause be, and the same is hereby, granted.

It is further ordered and adjudged by this court that the decision entered in this cause on December 6, 1933, by the United States Board of Tax Appeals be, and the same is hereby, affirmed.